IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILSON HARMANDO JUELA
LUCERO                              :
                                    :
                                    :
                                    :
          Petitioner,               :    3:26-cv-1198
                                    :    (JUDGE MARIANI)
     v.                             :
                                    :
CRAIG LOWE[1], Warden, Pike County  :
Correctional Facility, *et al.*,    :
                                    :
                                    :
          Respondents.              :

## ORDER

AND NOW, THIS _____ DAY OF MAY 2026, upon consideration of Petitioner

Wilson Harmando Juela Lucero's Amended Petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 7), Respondents' response (Doc. 15), Petitioner's traverse (Doc. 17),

and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY**

**ORDERED THAT**:

1.  Petitioner's habeas petition is **GRANTED**.

---

[1]      The Clerk of Court is **DIRECTED** to amend the caption to reflect that Petitioner's immediate custodian is Craig Lowe, Warden of the Pike County Correctional Facility, not Luis Soto, Warden of Delaney Hall Detention Facility.  As set forth in the parties' stipulation, (Doc. 11), "Petitioner remains in the Pike County Correctional Facility, and was detained at the Pike County Correctional Facility when, on May 1, 2026, Petitioner filed the amended petition, challenging his detention by ICE." (*Id.* at 1).

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Wilson Harmando Juela Lucero from the custody of the Warden of the Pike County Correctional Facility, who has immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration pursuant to 28 U.S.C. § 1746 **no later than Tuesday May 26, 2026, at 5:00 P.M.** confirming that Petitioner Wilson Harmando Juela Lucero has been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Wilson Harmando Juela Lucero pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elects to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

7. Petitioner's co-counsel Nita Kundanmal's motion to withdraw as counsel (Doc. 16), is **GRANTED**.

8. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge

2